Lowranzo L. Morgan, Appellant, vs. David W. Brown, Appellee.

Appeal from Circuit Court, DeSoto county; Barron Phillips, Judge.

Howard J. Spence (with whom was C. C. Morgan on the brief), for Appellant.

C. W. Forrester and John H. Treadwell, for Appellee.

The bill in this cause was filed by the appellant against the appellee and Marlan M. Morgan. Process not being served on Marlan M. Morgan, and no appearance entered for him, the cause proceeded against David W. Brown as defendant. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.